NUMBER 13-07-431-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE CLYDE NUBINE


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Benavides and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Clyde Nubine, pro se, filed a petition for writ of mandamus in the above
cause on July 9, 2007. The Court, having examined and fully considered the petition
for writ of mandamus and response thereto, is of the opinion that relator has not
shown himself entitled to the relief sought. Accordingly, the petition for writ of
mandamus is DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM


Memorandum Opinion delivered and filed

this 30th day of August, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).